# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: FABIAN, JOSE | § Case No. 14-80251 |
| FABIAN, ELEAZAR | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/29/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: 09/04/2014    By: /s/ STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: FABIAN, JOSE | § | Case No. 14-80251 |
| FABIAN, ELEAZAR | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.00 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 9,990.00 |
| **Balance on hand:** | $ 9,990.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Green Tree Servicing, LLC | 102,177.43 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,990.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,265.00 | 0.00 | 2,265.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,015.00 |
| Remaining balance: | $ 5,975.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,975.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,975.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 81,524.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,040.29 | 0.00 | 589.28 |
| 2 | Capital One, N.A. | 588.25 | 0.00 | 43.11 |
| 4 | US DEPT OF EDUCATION | 59,803.47 | 0.00 | 4,383.05 |
| 5 | Capital Recovery V, LLC | 296.08 | 0.00 | 21.70 |
| 6 | Capital Recovery V, LLC | 1,467.26 | 0.00 | 107.54 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7,154.36 | 0.00 | 524.35 |
| 8 | PYOD, LLC its successors and assigns as assignee | 1,260.54 | 0.00 | 92.39 |
| 9 | Capital One, N.A. | 2,914.12 | 0.00 | 213.58 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,975.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jose Fabian  
Eleazar Fabian  
    Debtors

Case No. 14-80251-TML  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3    User: lorsmith    Page 1 of 2    Date Rcvd: Sep 05, 2014  
                       Form ID: pdf006    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2014.
```
db/jdb         +Jose Fabian,    Eleazar Fabian,    847 Oak,    Woodstock, IL 60098-2259
21469353       +Best Buy,    c/o Capital One Retail,    P.O. Box 71106,    Charlotte, NC 28272-1106
21469354        Capital One,    P.O. Box 71087,    Charlotte, NC 28272-1087
22244611        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22031409        Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21469355       +Centegra,    P.O. Box 1990,    Woodstock, IL 60098-1990
21469356       +Centegra Health,    P.O. Box 1447,    Woodstock, IL 60098-1447
21469359        Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
21469360       +Cristina Fabian,    2315 N. California,    Chicago, IL 60647-3092
21469365       ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court: Green Tree,    P.O. Box 94710,    Palatine, IL 60094-4710)
21469364        Great Lakes,    P.O. Box 530229,    Atlanta, GA 30353-0229
21469367       +Klemme Real Estate,    605 Marawood,    Woodstock, IL 60098-9661
21469369        Macy's,    P.O. Box 183083,    Columbus, OH 43218-3083
21469370        Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
22163954        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22211159        E-mail/PDF: rmscedi@recoverycorp.com Sep 06 2014 00:37:37     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21469361        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2014 00:37:03      Discover,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
21947717        E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2014 00:37:03      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
21469362        E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2014 00:37:34      GECRB,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
21469363        E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2014 00:36:25      GECRB/JCP,    P.O. Box 960090,
                 Orlando, FL 32896-0090
22042001        E-mail/Text: bankruptcy.bnc@gt-cs.com Sep 06 2014 00:30:49     Green Tree Servicing, LLC,
                 POB 6154,    Rapid City SD 57709-6154
21469368        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2014 00:30:37     Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, WI 53201-2983
22243689       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2014 00:36:30
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21469357*      +Centegra Health,    P.O. Box 1447,    Woodstock, IL 60098-1447
21469358*      +Centegra Health,    P.O. Box 1447,    Woodstock, IL 60098-1447
21469366*     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court: Green Tree,    P.O. Box 94710,    Palatine, IL 60094-4710)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2014                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2014 at the address(es) listed below:
```
              Charles T Sewell    on behalf of Joint Debtor Eleazar  Fabian charlests1@aol.com,
               martinez.angelina18@yahoo.com
              Charles T Sewell    on behalf of Debtor Jose  Fabian charlests1@aol.com,
               martinez.angelina18@yahoo.com
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 2              Date Rcvd: Sep 05, 2014
                              Form ID: pdf006             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley   on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com
          Stephen G Balsley   sbalsley@bslbv.com, IL47@ecfcbis.com
                                                                                          TOTAL: 5