# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: FABIAN, JOSE | § | Case No. 14-80251-TML |
| FABIAN, ELEAZAR | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $159,785.00<br>*(without deducting any secured claims)* | Assets Exempt: $13,285.00 |
| Total Distribution to Claimants: $5,975.00 | Claims Discharged<br>Without Payment: $86,479.37 |
| Total Expenses of Administration: $4,025.00 | |

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $285,200.00 | $102,177.43 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,025.00 | 4,025.00 | 4,025.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 89,515.00 | 81,524.37 | 81,524.37 | 5,975.00 |
| **TOTAL DISBURSEMENTS** | $374,715.00 | $187,726.80 | $85,549.37 | $10,000.00 |

4) This case was originally filed under Chapter 7 on January 30, 2014. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2015            By: /s/STEPHEN G. BALSLEY
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| single family residence located at 240 Ash, Wods | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Green Tree Servicing, LLC | 4110-000 | 96,200.00 | 102,177.43 | 0.00 | 0.00 |
| NOTFILED | Green Tree | 4110-000 | 189,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $285,200.00 | $102,177.43 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,265.00 | 2,265.00 | 2,265.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,025.00 | $4,025.00 | $4,025.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,580.00 | 8,040.29 | 8,040.29 | 589.28 |
| 2 | Capital One, N.A. | 7100-000 | 520.00 | 588.25 | 588.25 | 43.11 |
| 4 | US DEPT OF EDUCATION | 7100-000 | 58,700.00 | 59,803.47 | 59,803.47 | 4,383.05 |
| 5 | Capital Recovery V, LLC | 7100-000 | 205.00 | 296.08 | 296.08 | 21.70 |
| 6 | Capital Recovery V, LLC | 7100-000 | 1,300.00 | 1,467.26 | 1,467.26 | 107.54 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 6,580.00 | 7,154.36 | 7,154.36 | 524.35 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,000.00 | 1,260.54 | 1,260.54 | 92.39 |
| 9 | Capital One, N.A. | 7100-000 | 2,700.00 | 2,914.12 | 2,914.12 | 213.58 |
| NOTFILED | Centegra | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's | 7100-000 | 830.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 9,450.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $89,515.00 | $81,524.37 | $81,524.37 | $5,975.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-80251-TML | **Trustee:** (330410)  STEPHEN G. BALSLEY |
| **Case Name:** FABIAN, JOSE | **Filed (f) or Converted (c):** 01/30/14 (f) |
| FABIAN, ELEAZAR | **§341(a) Meeting Date:** 03/06/14 |
| **Period Ending:** 01/09/15 | **Claims Bar Date:** 08/14/14 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | single family residence located at 240 Ash, Wods   See Order to Sell Real Estate entered April 30, 2014. | 142,000.00 | 38,800.00 | | 10,000.00 | FA |
| 2 | single family residence located at 1626 Ash, Woo | 145,000.00 | 0.00 | | 0.00 | FA |
| 3 | cash   Value changed per Amended Schedule B filed February 12, 2014. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | checking account at Harris Bank in Woodstock, IL | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | checking account at Chase Bank in Woodstock, IL   Value changed per Amended Schedule B filed February 12, 2014. | 10.00 | 0.00 | | 0.00 | FA |
| 6 | furniture and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | clothes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 2004 Pontiac Grand Am | 2,800.00 | 0.00 | | 0.00 | FA |
| 9 | 2006 Dodge Caravan | 3,200.00 | 0.00 | | 0.00 | FA |
| 10 | 2013 Income Tax Refund  (u)   Per Amended Schedule B filed February 12, 2014. | 4,275.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets  Totals** (Excluding unknown values) | **$301,785.00** | **$38,800.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    August 22, 2014     **Current Projected Date Of Final Report (TFR):**    August 22, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-80251-TML | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** FABIAN, JOSE | **Bank Name:** Rabobank, N.A. |
| FABIAN, ELEAZAR | **Account:** ******5566 - Checking Account |
| **Taxpayer ID #:** **-***6617 | **Blanket Bond:** $598,000.00 (per case limit) |
| **Period Ending:** 01/09/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/14 | {1} | Jose Fabian | Bankruptcy Estate's interest in real estate | 1110-000 | 10,000.00 | | 10,000.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 09/29/14 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,265.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,265.00 | 7,725.00 |
| 09/29/14 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,750.00, Trustee Compensation; Reference: | 2100-000 | | 1,750.00 | 5,975.00 |
| 09/29/14 | 103 | Discover Bank | Dividend paid 7.32% on $8,040.29; Claim# 1; Filed: $8,040.29; Reference: | 7100-000 | | 589.28 | 5,385.72 |
| 09/29/14 | 104 | Capital One, N.A. | Dividend paid 7.32% on $588.25; Claim# 2; Filed: $588.25; Reference: | 7100-000 | | 43.11 | 5,342.61 |
| 09/29/14 | 105 | US DEPT OF EDUCATION | Dividend paid 7.32% on $59,803.47; Claim# 4; Filed: $59,803.47; Reference: | 7100-000 | | 4,383.05 | 959.56 |
| 09/29/14 | 106 | Capital One, N.A. | Dividend paid 7.32% on $2,914.12; Claim# 9; Filed: $2,914.12; Reference: | 7100-000 | | 213.58 | 745.98 |
| 09/29/14 | 107 | Capital Recovery V, LLC | Combined Check for Claims#5,6 | | | 129.24 | 616.74 |
| | | | Dividend paid 7.32% on          21.70 $296.08; Claim# 5; Filed: $296.08 | 7100-000 | | | 616.74 |
| | | | Dividend paid 7.32% on          107.54 $1,467.26; Claim# 6; Filed: $1,467.26 | 7100-000 | | | 616.74 |
| 09/29/14 | 108 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#7,8 | | | 616.74 | 0.00 |
| | | | Dividend paid 7.32% on          524.35 $7,154.36; Claim# 7; Filed: $7,154.36 | 7100-000 | | | 0.00 |
| | | | Dividend paid 7.32% on          92.39 $1,260.54; Claim# 8; Filed: $1,260.54 | 7100-000 | | | 0.00 |

|  | | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 10,000.00 | 10,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$10,000.00** | **$10,000.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 14-80251-TML |
| Case Name: | FABIAN, JOSE |
| | FABIAN, ELEAZAR |
| Taxpayer ID #: | **-***6617 |
| Period Ending: | 01/09/15 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******5566 - Checking Account |
| Blanket Bond: | $598,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5566** | **10,000.00** | **10,000.00** | **0.00** |
| | **$10,000.00** | **$10,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 01/09/2015 03:43 PM    V.13.20